**F I L E D**

CLERK, U.S. DISTRICT COURT

JUN 25 2024

CENTRAL DISTRICT OF CALIFORNIA

BY: _____ rsm _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. **2:24-CR-00386-SB** |
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1956(h): Conspiracy to Commit Money Laundering] |
| XXX SIQINAODE, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 1956(h)]

A.  INTRODUCTORY ALLEGATIONS

At times relevant to this Information:

1.  Defendant XXX SIQINAODE resided in Ontario, California, and was the sole signatory on the following bank accounts (collectively, "defendant SIQINAODE's Accounts"):

   a.  A bank account held with Bank of America in the name of Sunton International Trade LLC, with account number ending in 2826 ("Account 1");

   b.  A bank account held with JP Morgan Chase Bank, N.A. in the name of Carson International LLC, with account number ending in 0057 ("Account 2"); and

c.    A bank account held with PNC Bank in the name of Hotyin Real Estate LLC, with account number ending in 3906 ("Account 3").

2.    Sunton International Trade LLC, Carson International LLC, and Hotyin Real Estate LLC were companies that defendant SIQINAODE created for the purpose of opening defendant SIQINAODE's Accounts in their names and did not operate as legitimate businesses.

3.    There was a scheme intending to defraud elderly victims (the "fraud scheme").  Co-schemers of the fraud scheme communicated with the victims, using interstate wire communications such as phone or email, and pretended to be federal government representatives from agencies such as the Federal Trade Commission, Social Security Administration, and the Federal Reserve Bank, or representatives from large publicly-traded companies.  Co-schemers tricked these victims into putting their money in accounts that the co-schemers controlled. J.W.L., M.I.L., C.O.H., B.K.A., J.O.A., C.P.M., M.H.L., and G.A. were each a victim of this fraudulent scheme.  At least $846,700 of these victims' fraudulently obtained money was sent to defendant SIQINAODE's Accounts.

B.    THE OBJECT OF THE CONSPIRACY

4.    Beginning no later than on or about August 3, 2023, and continuing to on or about February 6, 2024, in Los Angeles and San Bernardino Counties, within the Central District of California, and elsewhere, defendant SIQINAODE conspired with Co-Conspirator 1, and others known and unknown to the United States Attorney, to knowingly conduct and attempt to conduct financial transactions knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, namely, wire fraud, in

violation of Title 18, United States Code, Section 1343, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

C.   THE MANNER AND MEANS OF THE CONSPIRACY

5.   The object of the conspiracy was to be carried out, and was carried out, in substance, as follows:

a.   Defendant SIQINAODE would create companies to launder proceeds from the fraud scheme, which would not operate as legitimate business, and open bank accounts in their names to receive proceeds of the fraud scheme.

b.   Co-Conspirators, including Co-Conspirator 1, would cause proceeds of the fraud scheme to be deposited into defendant SIQINAODE's Accounts.

c.   Once the proceeds of the fraud scheme were deposited into defendant SIQINAODE's Accounts, Co-Conspirator 1 would tell defendant SIQINAODE what to do with the money, which included providing information pertaining to accounts held at financial institutions based in China (the "Chinese Accounts").

d.   At the direction of Co-Conspirator 1, defendant SIQINAODE would transfer proceeds of the fraud scheme from defendant SIQINAODE's Accounts into the Chinese Accounts, knowing that such funds were proceeds of fraud.

e.   Defendant SIQINAODE would withdraw proceeds of the fraud scheme from defendant SIQINAODE's Accounts, in cash, to use for his own benefit.

6.     In total, defendant SIQINAODE and his co-conspirators laundered at least approximately $846,700 in fraud proceeds through defendant SIQINAODE's Accounts.

D.     OVERT ACTS

7.     On or about the following dates, in furtherance of the conspiracy and to accomplish its object, defendant SIQINAODE, together with Co-Conspirator 1 and others known and unknown to the United States Attorney, committed various overt acts within the Central District of California, and elsewhere, including, but not limited to, the following:

Overt Act No. 1:     On September 19, 2023, defendant SIQINAODE transferred $45,600, which was money fraudulently obtained from fraud scheme victim M.H.L., from Account 1 to one of the Chinese Accounts.

Overt Act No. 2:     On September 19, 2023, defendant SIQINAODE withdrew $2,200, which was money fraudulently obtained from fraud scheme victim M.H.L., in cash from Account 1.

Overt Act No. 3:     On September 25, 2023, defendant SIQINAODE transferred $103,455, which was money fraudulently obtained from fraud scheme victims J.W.L. and M.I.L., from Account 1 to one of the Chinese Accounts.

Overt Act No. 4:     On September 25, 2023, defendant SIQINAODE withdrew $5,500, which was money fraudulently obtained from fraud scheme victims J.W.L. and M.I.L., in cash from Account 1.

Overt Act No. 5:     On October 2, 2023, defendant SIQINAODE transferred $79,890, which was money fraudulently obtained from fraud scheme victim C.O.H., from Account 1 to one of the Chinese Accounts.

Overt Act No. 6:     On October 11, 2023, defendant SIQINAODE transferred $51,250, which was money fraudulently obtained from fraud

scheme victims C.P.M. and B.K.A., from Account 1 to one of the Chinese Accounts.

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN V. YANNIELLO
Assistant United States Attorney
Chief, General Crimes Section

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes Section

LISA J. LINDHORST
Assistant United States Attorney
General Crimes Section